**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

<u>**Dennis Stevens,**</u>
    **Plaintiff**

  **V.**

<u>**Daniels Law Offices P.C.,**</u>
    **Defendant(s)**

**CIVIL ACTION**

**NO.** <u>**09-12181-TSH**</u>

<u>**ORDER OF DISMISSAL**</u>

<u>**Hillman,**</u> **M. J.**

  For failure of the plaintiff to file a return of service and/or show good cause why service has not been made as ORDERED on <u>6/11/2010</u>, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

                       By the Court,

<u> 11/24/2010 </u>           /s/ Lisa Belpedio
   Date               Deputy Clerk